UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MD JS-6

"AMENDED"      CIVIL MINUTES -- GENERAL

Case No.  **CV 12-456-MWF (PJWx)**                Date:  **July 20, 2012**

Title:      Stepan Vartanian -*v*- United Collections Bureau, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT
JUDGE

Rita Sanchez                                     None Present
Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                     None Present

PROCEEDINGS (IN CHAMBERS):  ORDER DISMISSING ACTION FOR
FAILURE TO PROSECUTE

On May 18, 2012, the parties were ordered to appear in person before the
Court for a Rule 16(b) scheduling conference on July 2, 2012, at 11:00 a.m.
(Docket No. 9).  Plaintiff Stepan Vartanian did not appear at the scheduling
conference on July 2, 2012, and Defendants' Rule 26(f) Report represented that
Defendants' counsel were unable to meet and confer with Plaintiff or any counsel
for Plaintiff prior to the deadline for filing the report.  (Docket No. 11).

The Court ordered Plaintiff to show cause in writing by no later than July 18,
2012, why this action should not be dismissed for failure to prosecute or to comply
with court rules and orders under Federal Rule of Civil Procedure 41(b).  (Docket
No. 13).  The Court warned Plaintiff that failure to respond by that date would
result in the Court dismissing the action with prejudice.  Plaintiff did not respond
to the Order to Show Cause.

The Court finds that Plaintiff's failure to participate in the filing of the Rule
26(f) Report, attend the Court ordered scheduling conference, and respond to the
Court's Order to Show Cause constitutes failure to prosecute or to comply with
court rules and orders under Federal Rule of Civil Procedure 41(b).  *See also
Pagtalunan v. Galaza*, 291 F.3d 639, 642–43 (9th Cir. 2002) ("In determining
whether to dismiss a claim for failure to prosecute or failure to comply with a court

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-456-MWF (PJWx)**                    Date:  **July 23, 2012**

Title:       Stepan Vartanian -*v*- United Collections Bureau, et al.

order, the Court must weigh the following factors:  (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendants/respondents; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits."); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 989–92 (9th Cir. 1999) (explaining the factors supporting dismissal with prejudice for failure to prosecute).  Because Plaintiff failed to follow multiple Court directives aimed at the timely prosecution of his case, the Court concludes that the *Pagtalunan* factors weigh in favor of dismissal of this action with prejudice.  Plaintiff's failure to engage in the litigation he initiated hampers expeditious resolution of litigation and inhibits the Court's ability to manage its docket.  Plaintiff has had various opportunities to prosecute his case or explain his non-compliance with the Court's orders, so a dismissal with prejudice does not unfairly impact his rights.

Accordingly, the action is DISMISSED WITH PREJUDICE for failure to prosecute and failure to comply with court rules and orders.

IT IS SO ORDERED.